# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Shamrock Properties, LLC | )  ASBCA No. 61880 |
| | ) |
| Under Contract No. DACA01-5-17-1055 | ) |

APPEARANCE FOR THE APPELLANT:     Ms. Aiveen Kahalley
                                   Owner

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                   Engineer Chief Trial Attorney
                                  James A. Wagoner, III, Esq.
                                   Engineer Trial Attorney
                                   U.S. Army Engineer District, Mobile

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: March 28, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61880, Appeal of Shamrock Properties, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals